**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**RICHARD C. RAY,**                                                **PETITIONER**

**v.**                                             **No. 2:05CV41-P-B**

**WARDEN THOMAS G. TAYLOR, ET AL.**                    **RESPONDENTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the state's July 29, 2005, motion to dismiss is hereby **GRANTED**, and the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** with prejudice and without evidentiary hearing as untimely filed under 28 U.S.C. § 2244(d).

**SO ORDERED,** this the 13th day of October, 2005.

                                                     /s/ W. Allen Pepper, Jr.
                                                     W. ALLEN PEPPER, JR.
                                                     UNITED STATES DISTRICT JUDGE